IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| COTY MITCHELL AND CLYDELYNN MITCHELL | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CIVIL ACTION NO. 4:15-CV-00181-A |
| STATE FARM LLOYDS | § § | JURY DEMAND |
| DEFENDANT. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs Coty Mitchell and Clydelynn Mitchell and Defendants State Farm Lloyds and Laurin Linson's Joint Stipulation of Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant State Farm Lloyds are hereby dismissed with prejudice.[1]

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2015.

_____
JUDGE PRESIDING

---

[1] The claims against Defendant Laurin Linson were dismissed by Final Judgment on May 28, 2015.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1**
2243160v1
10578.124

AGREED AS TO FORM AND CONTENT:

_____
Jacey L. Hornecker
State Bar No.: 24085383
Speights & Worrich
3838 Oak Lawn Ave., Ste. 1000
Dallas, TX 75219
Telephone: (210) 495-6789
Facsimile: (210) 495-6790
Email: jacey@speightsfirm.com
**COUNSEL FOR PLAINTIFF**

And

_____
Rhonda J. Thompson
State Bar No.: 24029862
Courtney C. Kasper
State Bar No.: 24078771

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
       ckasper@thompsoncoe.com

**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**