IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| COTY MITCHELL AND<br>CLYDELYNN MITCHELL | § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 4:15-CV-00181-A |
| STATE FARM LLOYDS | § § | JURY DEMAND |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time the parties will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

Respectfully submitted,

SPEIGHTS & WORRICH

_/s/ Jacey Hornecker_
Jacey Hornecker
State Bar No.: 24085383
3838 Oak Lawn Avenue, Suite 1000
Dallas, Texas 75219
Phone:  210.495.6789
Fax:  210.495.6790
Email:  jacey@speightsfirm.com
**COUNSEL FOR PLAINTIFF**

and

JOINT NOTICE OF SETTLEMENT – Page 1
2245196v1
10578.124

THOMPSON, COE, COUSINS & IRONS, LLP

_____
Rhonda J. Thompson, Attorney-In-Charge
State Bar No.: 24029862
Courtney C. Kasper
State Bar No.: 24078771

Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: rthompson@thompsoncoe.com
E-mail: ckasper@thompsoncoe.com

**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

This is to certify that on the 24 day of July 2015, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with Fed. R. Civ. P. 5(b)(2).

*Via: Facsimile*
Jacey Hornecker
SPEIGHTS & WORRICH
3838 Oak Lawn Avenue, Suite 1000
Dallas, Texas 75219
Phone: 210.495.6789
Fax: 210.495.6790
Email: jacey@speightsfirm.com
*Attorneys for Plaintiffs*

_____
Rhonda J. Thompson

**JOINT NOTICE OF SETTLEMENT – Page 2**
2245196v1
10578.124